**COM.**

v.

**QUICK, H.**

**1694 MDA 2016**

Superior Court of Pennsylvania.

06/02/2017

CP–14–CR–0002037–1999 (Centre)

Affirmed

**COM.**

v.

**CONAWAY, H.**

**1877 WDA 2016**

Superior Court of Pennsylvania.

06/02/2017

CP–26–CR–0001863–2011 (Fayette)

Affirmed

**COM.**

v.

**AGNEW, R.**

**1910 WDA 2016**

Superior Court of Pennsylvania.

06/02/2017

Reargument Denied 8/11/2017

CP–16–CR–0000079–2016 (Clarion)

Affirmed

**IN RE: L.A.C.H.,**

**Appeal of: C.H. & A.H.**

**1911 WDA 2016**

Superior Court of Pennsylvania.

06/02/2017

No. 227 OC 2016 (Clarion)

Affirmed

**COM.**

v.

**DAWSON, A.**

**2251 EDA 2015**

Superior Court of Pennsylvania.

6/5/2017

CP–51–CR–0007756–2012
(Philadelphia)

Affirmed

**COM.**

v.

**NIEVES, J.**

**1458 EDA 2016**

Superior Court of Pennsylvania.

06/05/2017

CP–51–CR–0001748–2007
(Philadelphia)

Affirmed